JOHN CONSTANTAKIS v. NICK A. GALANOS and Others.— Motion granted. Present — Clarke, P. J., Dowling, Finch, Martin and Wagner, JJ.

JENNIE F. BELARDI and Another v. AMEDEO NEGRO.— Motion granted. Present — Clarke, P. J., Dowling, Finch, Martin and Wagner, JJ.

In the Matter of Proving the Last Will and Testament of ROBERT P. GREEN, Deceased.— Motion granted, and the time of contestants, appellants, in which to serve and file record on appeal extended to and including May 28, 1926. Present — Clarke, P. J., Dowling, Finch, Martin and Wagner, JJ.

WORTH, INC., v. WORTH APPAREL CO., INC.— Motion granted so far as to stay proceedings pending the appeal. Present — Clarke, P. J., Dowling, Finch, Martin and Wagner, JJ.

KATE KIRSCH v. JACOB A. KIRSCH.— Motion granted. Present — Clarke, P. J., Dowling, Finch, Martin and Wagner, JJ.

DONALD A. MACFARLANE v. HENS & KELLY COMPANY.— Motion granted. Present — Clarke, P. J., Dowling, Finch, Martin and Wagner, JJ.

MAX RICHARDS v. CROWNLAND FARMS, INC.— Application denied, with ten dollars costs, and stay vacated. Present — Clarke, P. J., Dowling, Finch, Martin and Wagner, JJ.

SCHWARTZ, GERSTENHABER & ALTMAN, INC., v. WAYNE COUNTY PRODUCE COMPANY.— Application denied, with ten dollars costs, and stay vacated. Present — Clarke, P. J., Dowling, Finch, Martin and Wagner, JJ.

MORRIS RUBENSTEIN and Another v. JAMES AUERBACH, as a Marshal of the City of New York.— Application denied, with ten dollars costs, and stay vacated. Present — Clarke, P. J., Dowling, Finch, Martin and Wagner, JJ.

ALBION C. BUCKLEY and Another v. IRVING MARKS and Another.— Application denied, with ten dollars costs, and stay vacated. Present — Clarke, P. J., Dowling, Finch, Martin and Wagner, JJ.

C. F. SIMONIN'S SONS, INC., v. ABRAHAM GASH.— Application denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, Martin and Wagner, JJ.

BELLE GOLLIN v. DAVID ROTH. SIDNEY GOLLIN, an Infant, etc., v. DAVID ROTH.— Application denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, Martin and Wagner, JJ.

GREEN, LOW & DOLGE, INC., v. ADAMS & GRACE COMPANY.— Application denied, with ten dollars costs, and stay vacated. Present — Clarke, P. J., Dowling, Finch, Martin and Wagner, JJ.

MARY W. MULLALLY and Another v. HARMON NATIONAL REAL ESTATE CORPORATION.— Application granted. Present — Clarke, P. J., Dowling, Finch, Martin and Wagner, JJ.

MARJORIE DEE WOODARD v. CHARLES P. MADSEN.— Application granted. Present — Clarke, P. J., Dowling, Finch, Martin and Wagner, JJ.

THE SULGRAVE, INC., v. AARON V. FROST.— Application denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, Martin and Wagner, JJ.

KATZ GARMENT COMPANY, INC., v. EXCELSIOR INSURANCE COMPANY OF NEW YORK.— Application denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, Martin and Wagner, JJ.

CONRAD GASCHOTT v. THE LAND TITLE AND TRUST COMPANY.— Motion granted. Present — Clarke, P. J., Dowling, Finch, Martin and Wagner, JJ.